# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA POGGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV191 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Showing of Cause and Motion to Extend (Filing No. 5). The plaintiff seeks an extension of time to effect service of process on the defendants until September 30, 2008. The court finds the plaintiff has shown good cause for a brief extension of time. Accordingly,

**IT IS ORDERED:**

The plaintiff shall have to **on or before September 30, 2008**, to effect service of the complaint on the defendants.

Dated this 11th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge