IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA POGGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV191 |
| | ) | |
| v. | ) | |
| | ) | |
| SHEET METAL WORKERS' | ) | MEMORANDUM AND ORDER |
| INTERNATIONAL ASSOCIATION LOCAL 3, | ) | |
| SHEET METAL WORKERS' | ) | |
| INTERNATIONAL ASSOCIATION, and | ) | |
| SHEET METAL WORKERS' JOINT | ) | |
| APPRENTICESHIP TRAINING | ) | |
| COMMITTEE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to reconsider, Filing No. 43, this court's Memorandum and Order, Filing No. 42, wherein this court granted defendants' motion to dismiss, Filing No. 33, as plaintiff failed to properly serve defendants in this case. The court has carefully reviewed the motion for consideration and the briefs in support and in opposition. Filing Nos. 43, 44 and 45. The court finds no basis in fact or law to grant the motion. Accordingly, the court will deny the motion for reconsideration.

THEREFORE, IT IS ORDERED that plaintiff's motion for reconsideration, Filing No. 43, is denied.

DATED this 10th day of August, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge